RUSSELL E. MARSH, ESQUIRE
Nevada Bar No. 11198
WRIGHT STANISH & WINCKLER
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
rmarsh@wswlawlv.com
Attorney for Defendant Cook

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 2:16-CR-00326-LRH-CWH |
| DWAYNE COOK, | ) |
| Defendant. | ) |

**STIPULATION AND ORDER TO ELIMINATE
LOCATION MONITORING AND TRAVEL RESTRICTIONS**

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by and through its attorney, Dayle Elieson, United States Attorney, through Jared Grimmer, Assistant United States Attorney; and Defendant Dwayne Cook ("Mr. Cook"), by and through his counsel, Russell E. Marsh, Esquire, Wright Stanish & Winckler, that the conditions of Mr. Cook's Pretrial Release be modified to eliminate the requirement of location (GPS) monitoring and the travel restriction to Clark County, Nevada.

1. On April 28, 2018, Mr. Cook appeared before this Court for proceedings regarding revocation of pretrial release. Following the hearing, the conditions of Mr. Cook's release were modified to include location (GPS) monitoring and his travel was restricted to Clark County, Nevada. See Minute Order, April 18, 2018, ECF No. 128.

///

2. Mr. Cook seeks modification of his pretrial release conditions to eliminate GPS monitoring and the travel restriction to Clark County, Nevada, so that he can resume his employment as a truck driver.

3. The government concurs with this request. Thus, the parties agree that the conditions of Mr. Cook's pretrial release be modified to eliminate the location monitoring requirement and the travel restriction to Clark County.

4. Pretrial Services agrees with these changes in Mr. Cook's conditions of release. Pretrial Services has reviewed and approved this Stipulation and Order.

5. The parties agree that all other conditions of Mr. Cook's release will remain in full force and effect.

Dated this 8th day of June, 2018.

Respectfully submitted:

| WRIGHT STANISH & WINCKLER | DAYLE ELIESON<br>UNITED STATES ATTORNEY |
|---|---|
| BY  /s/ Russell E. Marsh<br>RUSSELL E. MARSH, ESQUIRE<br>Attorney for Defendant Cook | BY  /s/ Jared Grimmer<br>JARED GRIMMER<br>Assistant U.S. Attorney |

|     |     |     |     |
| --- | --- | --- | --- |
| 1   |     | **UNITED STATES DISTRICT COURT** |     |
| 2   |     | **DISTRICT OF NEVADA** |     |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CASE NO. 2:16-CR-00326-LRH-CWH |
| | ) | |
| vs. | ) | |
| | ) | |
| DWAYNE COOK, | ) | |
| Defendant. | ) | |

Based on the Stipulation between Defendant, Dwayne Cook, and the Government, through counsel, and good cause appearing,

IS IT HEREBY ORDERED that the conditions of Defendant Cook's pretrial release be modified to eliminate the requirement of location (GPS) monitoring and the travel restriction to Clark County, Nevada.

All other previously imposed conditions of Mr. Cook's pretrial release remain in effect.

DATED: June 12, 2018.

_____
CAM FERENBACH
United States Magistrate Judge